■ In the Matter of the CITY OF NEW YORK Relative to Acquiring Title to Real Property for THROGS NECK EXPRESSWAY. ROBERT P. MARSHALL et al.— Motion for an extension of time granted insofar as to extend the time for appellant to procure the record on appeal and appellant's points to be

served and filed on or before March 6, 1962, with notice of argument for the April 1962 Term of this court, said appeal to be argued or submitted when reached.  Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.